O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE Y. MARTELLO, M.D., <br><br> Plaintiffs, <br> v. <br> ACM ENTERPRISES, INC. and DOES 1–10, <br><br> Defendants. | Case No. 2:12-cv-07754-ODW (JCGx) <br><br> **ORDER GRANTING LEAVE TO FILE A FIRST AMENDED ANSWER AND COUNTERCLAIM [23]** |

On April 8, 2013, Defendant ACM Enterprises, Inc. moved for leave to file an amended answer and counterclaim. (ECF No. 23.) Defendants noticed this motion for May 6, 2013, and Plaintiff Jeanette Martello, M.D. has failed to timely oppose the motion. *See* L.R. 7-9 (the non-moving party shall file an opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion"). Such inaction may be deemed consent to the granting of the motion. L.R 7-12. In addition, Federal Rule of Civil Procedure 15 directs that the Court "should freely grant leave

///
///
///
///
///

when justice so requires." The Court therefore **GRANTS** ACM's motion. ACM shall file its First Amended Answer and Counterclaim no later than April 26, 2013.

**IT IS SO ORDERED.**

April 18, 2013

_____
**HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE**