TIMOTHY L. NEUFELD, State Bar No. 66980
tneufeld@neufeldmarks.com
PAUL S. MARKS, State Bar No. 138407
pmarks@neufeldmarks.com
NEUFELD MARKS
A Professional Corporation
360 East Second Street, Suite 703
Los Angeles, California 90012
Telephone:  (213) 625-2625
Facsimile:   (213) 625-2650

Attorneys for Defendant-
CounterClaimant, ACM Enterprises, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEANNETTE Y. MARTELLO, M.D., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ACM ENTERPRISES, INC., a California corporation, and DOES 1 through 10 inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. CV12-7754-ODW (JCGx)<br><br>[PROPOSED] ORDER FOR STIPULATED PROTECTIVE ORDER<br><br>Judge: Hon. Otis D. Wright<br>Trial Date:    None Set |

### [PROPOSED] ORDER

Pursuant to Fed.R.Civ.P. 26(c), plaintiff and cross-defendant Jeannette Y. Martello, M.D. and defendant and counter-claimant ACM Enterprises, Inc., through their counsels of record, jointly agreed to a Stipulated Protective Order ("Protective Order") which is attached hereto as Exhibit A. This Protective Order is to govern the handling of certain information and material produced in the discovery in this action which is designated "Confidential" by the parties.

175125.1

1  Based on the stipulation of the parties hereto, and good cause appearing
2  therefor, IT IS HEREBY ORDERED that the Stipulated Protective Order hereto
3  attached as Exhibit A is APPROVED:

6  Dated: 5-10-2013

UNITED STATES MAGISTRATE JUDGE

NEUFELD MARKS
A PROFESSIONAL CORPORATION
360 East Second Street • Suite 703 • Los Angeles, California 90012
Telephone: (213) 625-2625 • Facsimile: (213) 625-2650

175125.1

2

[PROPOSED] ORDER FOR STIPULATED PROTECTIVE ORDER