O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE Y. MARTELLO, M.D.,<br><br>       Plaintiffs,<br>   v.<br>ACM ENTERPRISES, INC. and DOES 1–10,<br><br>       Defendants. | Case No. 2:12-cv-07754-ODW (JCGx)<br><br>**ORDER REQUESTING SETTLEMENT STATUS REPORT** |

On January 29, 2013, the Court ordered the parties to conduct a settlement conference by June 21, 2013; and the parties selected Settlement Procedure No. 2—settlement proceedings before an attorney settlement officer from the Mediation Panel. (ECF No. 19; Rule 26(f) Report (ECF No. 18), at 7–8.)

Unless exempted by the Court, the settlement conference is mandatory. L.R. 16-15.1. The parties have a choice of settlement procedure, but no choice in whether to do it or the timing of it; the settlement conference must be conducted by the date specified by the Court.

The Court cannot discern from the docket whether this settlement conference has been scheduled or taken place. Therefore, the Court **ORDERS** Plaintiff to file a brief status report regarding settlement no later than Monday, June 24, 2013. The report should briefly indicate when and with whom the settlement conference took

place, what the result of the settlement conference was, and whether the parties believe additional settlement efforts would be beneficial to resolving this case.

**IT IS SO ORDERED.**

June 21, 2013

_____
**HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE**