O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE Y. MARTELLO, M.D., <br><br> Plaintiffs, <br> v. <br> ACM ENTERPRISES, INC. and DOES 1–10, <br><br> Defendants. | Case No. 2:12-cv-07754-ODW (JCGx) <br><br> **ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE [33], CONTINUING TRIAL, AND ORDERING FURTHER SETTLEMENT CONFERENCE** |

The Court has received Plaintiff's June 24 Settlement Status Report. (ECF No. 39.) In light of the fact both sides agree further settlement efforts might be beneficial, and because Plaintiff believes that additional time for discovery "might allow the parties to resolve disputed factual issues [that] appear to remain sticking points," the Court hereby **DENIES** Defendant's pending motion for summary judgment (ECF No. 33) **WITHOUT PREJUDICE** and continues the trial and associated pretrial dates as follows:

**10/29/13**  Trial at 9:00 a.m.

**10/24/13**  File Final Trial Exhibit Stipulation

**10/21/13**  Hearing on Motions in Limine at 2:30 p.m.

| | |
|---|---|
| **10/07/13** | Final Pretrial Conference at 2:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| **09/30/13** | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Trial briefs<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc… |
| **09/09/13** | Last Day for Hearing Motions |
| **08/09/13** | Last Date to Conduct Further Settlement Conference |
| **07/29/13** | Discovery Cut-Off |

The parties are also **ORDERED** to conduct a further settlement conference in good faith on or before the date specified above.

**IT IS SO ORDERED.**

June 25, 2013

_____
**HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE**