**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE Y. MARTELLO, M.D., <br><br> Plaintiff, <br> v. <br> ACM ENTERPRISES, INC. and DOES 1–10, <br><br> Defendants. | Case No. 2:12-cv-07754-ODW (JCGx) <br><br> **ORDER REQUESTING SETTLEMENT STATUS REPORT** |

In the August 16, 2013 Joint Stipulation of Parties Requesting Order Continuing Opposition and Reply Filing Dates and Hearing Date for Motion for Summary Judgment, the parties noted that they conducted a second mediation on August 15, 2013. (ECF No. 51.) The parties also stated that they are committed to working together to reach a possible settlement. (*Id.*) For that reason, the Court accepted the parties' stipulation and continued the hearing on the Motion for Summary Judgment to September 23, 2013. (ECF No. 52.)

In light of the parties' second mediation and further discussions, the Court **ORDERS** the parties to submit a brief, joint settlement status report by **September 3, 2013**.

/ / /

/ / /

1 The parties shall address the current status of settlement negotiations and whether the parties believe they will be able to resolve this case before the September 23, 2013 hearing date.

**IT IS SO ORDERED.**

August 27, 2013

_____
**HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE**