O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE Y. MARTELLO, M.D., <br><br> Plaintiff, <br> v. <br> ACM ENTERPRISES, INC. and DOES 1–10, <br><br> Defendants. | Case No. 2:12-cv-07754-ODW (JCGx) <br><br> **ORDER ACCEPTING JOINT STIPULATION [54]** |

On August 28, 2013, the parties filed a Joint Stipulation of Parties Requesting Further Adjustment in Briefing Schedule for Motion for Summary Judgment. (ECF No. 54.) The parties stipulated to adjust the filing and service date for Plaintiff's opposition brief to September 5, 2013, instead of the current due date of August 30, 2013.[1] The parties indicate that Defendant has made a new settlement offer, and Plaintiff needs more time to consider the offer.

The Court accordingly **ACCEPTS** the parties' Joint Stipulation. Dr. Martello shall file her opposition brief no later than **Thursday, September 5, 2013**. The due

/ / /

---

[1] Local Rule 7-9 directs an opposition is due "not later than twenty-one (21) days before the date designated for the hearing of the motion." The exact due date for Dr. Martello's opposition falls on Monday, September 2, 2013. But since Monday is Labor Day, a legal holiday, Dr. Martello's opposition is due on Friday, August 30, 2013. *See* L.R. 6(a)(1)(C).

1 date for ACM Enterprises's reply brief—Monday, September 9, 2013—and the
2 hearing date—Monday, September 23, 2013—remain unchanged.

4 **IT IS SO ORDERED.**

6 August 29, 2013

8 _____
9 **HON. OTIS D. WRIGHT II**
   **UNITED STATES DISTRICT JUDGE**